OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

701 $ 000.27⁵

01623 DEC 09 2015

12/4/2015

**TENNYSON, REGINALD     Tr. Ct. No. 27962A-86                    WR-84,284-01**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Discharged

Abel Acosta, Clerk

REGINALD TENNYSON
EASTHAM UNIT - TDC # 1715880
2665 PRISON ROAD #1
P. O. BOX 16
LOVELADY, TX 75851